MATTHEW D. POWERS (SB #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700 | Fax: (415) 984-8701

William F. Cavanaugh, Jr.
wfcavanaugh@pbwt.com
Jonah M. Knobler (*pro hac vice*)
jknobler@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000 | Fax: (212) 336-2222

*Attorneys for Defendant Actelion Pharmaceuticals US, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company; MSPA CLAIMS I. LLC, a Florida limited liability company; MSP Recovery Claims Series 44, LLC, a Delaware series limited liability company; MSP Recovery Claims PROV, Series LLC, a Delaware series limited liability company; and MSP Recovery Claims CAID, Series, LLC, a Delaware series limited liability company; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTELION PHARMACEUTICALS US, INC., a Delaware corporation; CARING VOICE COALITION, INC., an Idaho non- | Case No. 3:22-cv-07604-JSC<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS THE AMENDED COMPLAINT, SET BRIEFING SCHEDULE, AND EXTEND BRIEF PAGE LIMITATIONS; [~~PROPOSED~~] ORDER**<br><br>Judge:   Judge Jacqueline Scott Corley |

profit corporation; and ADIRA FOUNDATION, a Virginia non-profit corporation,

Defendants.

Pursuant to Civil Local Rule 7-12, Defendant Actelion Pharmaceuticals US, Inc. ("Actelion") and Plaintiffs MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC, MSP Recovery Claims Series 44, LLC, MSP Recovery Claims PROV, and MSP Recovery Claims CAID, Series, LLC (collectively, "Plaintiffs"), hereby stipulate and request as follows:

1. On December 2, 2022, Plaintiffs filed their Class Action Complaint against Defendants (Dkt. 1). Plaintiffs served summons to Defendant Actelion on December 13, 2022 (Dkt. 6); to Defendant Caring Voice Coalition, Inc. on December 8, 2022 (Dkt. 7); and to Defendant Adira Foundation on December 8, 2022 (Dkt. 8).

2. On January 3, 2023, Actelion and Plaintiffs submitted a joint stipulation with respect to the briefing schedule and page limits for Actelion's planned motion to dismiss Plaintiffs' Complaint. The parties proposed limits of 40 pages for Actelion's opening brief, 47 pages for Plaintiffs' responding brief, and 22 pages for Actelion's reply. The parties explained that these page extensions were appropriate due to the Complaint's length (76 pages), and the complexity of the legal and factual issues therein, including class-action claims across a dozen state and federal jurisdictions and the assertion of claims allegedly assigned to Plaintiffs by numerous third-party assignees.

3. On January 19, 2023, this Court granted the parties' joint stipulation regarding briefing schedule and page limit extensions.

4. On February 3, 2023, Actelion filed its motion to dismiss Plaintiffs' Complaint. (Dkt. 33).

5. On February 24, 2023, Plaintiffs filed their Amended Class Action Complaint against Defendants. (Dkt. 38).

6. The Amended Class Action Complaint is 105 pages in length, as compared with the original Complaint's 76 pages. It adds a new cause of action for common-law fraud and invokes a number of new statutes as predicate violations for Plaintiffs' RICO claims, including criminal statutes of seven states and Section 5 of the Federal Trade Commission Act. The Amended Complaint also adds eight new exhibits, one of which (Exhibit 46) consists of five assignment agreements to which Plaintiffs refer in their standing allegations.

7. Actelion now intends to file a motion to dismiss Plaintiffs' Amended Complaint as the Complaint pertains to Actelion.

8. Given the Complaint's increased length, the addition of new claims, predicate acts, and exhibits, and the complexity of the legal and factual issues, Plaintiffs and Actelion jointly propose the following briefing schedule:

- Actelion shall move to dismiss Plaintiffs' Amended Complaint on or before April 7, 2023.
- Plaintiffs shall file their opposition to Actelion's motion to dismiss on or before June 2, 2023.
- Actelion shall file its reply in support of the motion to dismiss on or before June 23, 2023.

9. In addition, for the aforementioned reasons, Actelion and Plaintiffs request that the Court permit their briefs to exceed the page limitations generally applicable pursuant to Civil L.R. 7-4. Actelion and Plaintiffs submit that, because the Amended Complaint contains more pages, counts, RICO predicate violations, and exhibits than the original Complaint, page limits greater than those that the Court previously approved (*i.e.*, 40 / 47 / 22) are warranted. Accordingly,

Actelion and Plaintiffs propose the following page limitations for the briefing of Actelion's motion to dismiss the Amended Complaint:

- Actelion's opening brief shall not exceed 50 pages.
- Plaintiffs' opposition brief shall not exceed 63 pages.
- Actelion's reply brief shall not exceed 28 pages.

10. Counsel for Actelion and Plaintiffs have conferred and agreed to these requests.

IT IS SO STIPULATED.

Dated: March 13, 2023.                          Respectfully submitted,

                                                By: /s/ Shereef H. Akeel

                                                Shereef H. Akeel (Mich. Bar No. 54345)
                                                Adam S. Akeel (Mich. Bar No. 81328)
                                                Sam R. Simkins (Mich. Bar No. 81210)
                                                Daniel W. Cermak (Mich. Bar No. 84460)
                                                Hayden E. Pendergrass (D.C. Bar No. P1646086)

                                                **AKEEL & VALENTINE, PLC**
                                                888 W. Big Beaver Road 420,
                                                Troy, Michigan 48084
                                                Tel: (248) 269-9595
                                                shereef@akeelvalentine.com
                                                adam@akeelvalentine.com
                                                sam@akeelvalentine.com
                                                daniel@akeelvalentine.com
                                                hayden@akeelvalentine.com

                                                Alex R. Straus (Cal. Bar No. #321366)
                                                **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                                                280 S. Beverly Dr.
                                                Beverly Hills, CA 90212
                                                Tel: (917) 471-1894
                                                astraus@milberg.com

|   |   |
|---|---|
| 1 | John W. Cleary* (Fla. Bar No. 118137) |
| 2 | **MSP RECOVERY LAW FIRM** |
| 3 | 2701 S. LeJune Road, 10th Floor<br>Coral Gables, Florida 33134 |
| 4 | Tel: (305) 614-2222 |
| 5 | jcleary@msprecoverylawfirm.com<br>*Pro Hac Vice Forthcoming |
| 6 | *Attorneys for Plaintiffs* |
| 7 |   |
| 8 | By: *William F. Cavanaugh* |
| 9 | WILLIAM F. CAVANAUGH |
| 10 | William F. Cavanaugh, Jr.<br>wfcavanaugh@pbwt.com |
| 11 | Jonah M. Knobler (*pro hac vice*)<br>jknobler@pbwt.com |
| 12 | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| 13 | 1133 Avenue of the Americas<br>New York, New York 10036 |
| 14 | Tel: (212) 336-2000 \| Fax: (212) 336-2222 |
| 15 | Matthew D. Powers   (SB #212682) |
| 16 | mpowers@omm.com<br>**O'MELVENY & MYERS LLP** |
| 17 | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 |
| 18 | Tel: (415) 984-8700 \| Fax: (415) 984-8701 |
| 19 | *Attorneys for Defendant Actelion Pharmaceuticals US, Inc.* |

### [~~PROPOSED~~] ORDER

Pursuant to stipulation and with good cause shown, Defendant Actelion Pharmaceuticals US, Inc.'s time to file its motion to dismiss Plaintiffs' Amended Complaint (Dkt. 38) is extended until April 7, 2023.  Plaintiffs shall file their opposition to Actelion's motion to dismiss on or before June 2, 2023, and Actelion shall file its reply in support of its motion to dismiss on or before June 23, 2023.  Actelion's motion to dismiss shall not exceed 50 pages.  Plaintiffs' opposition thereto shall not exceed 63 pages.  Actelion's reply in support of its motion to dismiss shall not exceed 28 pages.   The hearing on the motion will be July 6, 2023 at 10:00 a.m. in Courtroom 8 in San Francisco.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 13, 2023



HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Jacqueline Scott Corley