Shereef H. Akeel (PHV MI Bar No. P81328)
**AKEEL &VALENTINE, PLC**
888 West Big Beaver Road, Suite 420
Troy, Michigan 48084
Tel: (248)269-9595
shereef@akeelvalentine.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company; MSPA CLAIMS I, LLC, a Florida limited liability company; and MSP RECOVERYCLAIMS PROV, SERIES LLC, a Delaware series limited liability company; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTELION PHARACEUTICALS US, INC., a Delaware corporation; CARING VOICE COALITION, INC. an Idaho non-profit corporation; and ADIRA FOUNDATION, a Virginia non-profit corporation,<br><br>Defendant(s). | Case No.: 3:22-cv-07604 |

**PLAINTIFFS' RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

Dated: July 30, 2024

Respectfully Submitted,

*/s/ Shereef H. Akeel*
Shereef H. Akeel (Mich. Bar No. P54345)
Adam S. Akeel (Mich. Bar No. P81328)
Sam R. Simkins (Mich. Bar No. P81210)
Daniel W. Cermak (Mich. Bar No. P84460)
Hayden Pendergrass (D.C. Bar No. 1646086)
**AKEEL & VALENTINE, PLC**
888 W. Big Beaver Road 420,
Troy, Michigan 48084
shereef@akeelvalentine.com
adam@akeelvalentine.com
sam@akeelvalentine.com
daniel@akeelvalentine.com
hayden@akeelvalentine.com

Alex R. Straus (#321366)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
280 S. Beverly Dr.
Beverly Hills, CA 90212
Tel: 917-471-1894
Astraus@milberg.com

John W. Cleary* (Fla. Bar No. 118137)
**MSP RECOVERY LAW FIRM**
2701 S. LeJeune Road, 10th Floor
Coral Gables, Florida 33134
Tel: (305) 614-2222
jcleary@msprecoverylawfirm.com
*Pro Hac Vice Forthcoming

*Attorneys for Plaintiffs*